UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Mary Williams et al, | Case No. 4:15-cv-14302-TGB-RSW |
| Plaintiffs, | District Judge: Honorable Terrence G. Berg |
| v. | |
| | Magistrate Judge: |
| Focus Receivables Management, LLC, | Honorable R. Steven Whalen |
| Defendant. | **NOTICE OF SETTLEMENT** |

Now come Plaintiffs, Glenda Hill-Hall and Vernette Gordon[1], through counsel, to notify the Court that they have reached a settlement with the Defendant. The parties are currently working on facilitating the settlement. Plaintiffs expect to dismiss this case within sixty days.

RESPECTFULLY SUBMITTED,

Date: March 15, 2016                   By:  s/ David M. Menditto____
                                       David M. Menditto, Esq.
                                       Hyslip & Taylor, LLC, LPA
                                       1100 W. Cermak Rd., Suite B410
                                       Chicago, IL 60608
                                       Telephone: 312-380-6110
                                       Facsimile: 312-361-3509
                                       Email: davidm@fairdebt411.com
                                       Illinois Bar No. 6216541
                                       *Attorney for Plaintiffs*

---

[1] Plaintiffs Mary Williams, Leslie Howard and Brianna Habedank have filed an unopposed motion to drop their claims with prejudice.

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2016, I electronically filed the foregoing Unopposed Motion. Service of this filing will be made by the Court's CM/ECF System upon the following:

Deborah A. Lujan
Collins, Einhorn, Farrell, PC
4000 Town Center
Suite 909
Southfield, MI 48075-1473

*Attorney for Defendant*

s/ David M. Menditto