# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MARY WILLIAMS, et al.,

      Plaintiffs,

v.

FOCUS RECEIVABLES
MANAGEMENT, LLC,

      Defendant.

_____/

Case No. 15-14302
HON. TERRENCE G. BERG
HON. R. STEVEN WHALEN

## ORDER OF DISMISSAL

On March 15, 2016, the Court was notified that a settlement had been reached in this matter between Plaintiffs Vernette Gordon and Glenda Hill-Hall and Defendant Focus Receivables Management, LLC. (Dkt. 12.) Also on March 15, 2016, the remaining Plaintiffs, Brianna Habedank, Leslie Howard, and Mary Williams, filed an unopposed motion to dismiss with prejudice their claims against Defendant pursuant to Federal Rule of Civil Procedure 21. (Dkt. 11.) Accordingly, the case will be dismissed.

**IT IS HEREBY ORDERED** that the unopposed motion to dismiss with prejudice Plaintiff Brianna Habedank, Leslie Howard, and Mary Williams' claims against Defendant (Dkt. 11) is **GRANTED** and these Plaintiffs' claims are **DISMISSED WITH PREJUDICE**.

Moreover, because the remaining Plaintiffs, Vernette Gordon and Glenda Hill-Hall, have reached a settlement with Defendant, the complaint is **DISMISSED WITH PREJUDICE** and without costs.

Vernette Gordon, Glenda Hill-Hall, or Defendant may move to reopen this matter on or before **June 6, 2016** to enforce the terms of their settlement.

s/Terrence G. Berg<br>
TERRENCE G. BERG<br>
UNITED STATES DISTRICT JUDGE

Dated:  April 7, 2016

### Certificate of Service

I hereby certify that this Order was electronically submitted on April 7, 2016, using the CM/ECF system, which will send notification to all parties.

s/A. Chubb<br>
Case Manager